**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ALICIA KIRTON,<br><br>*Plaintiff*,<br><br>v.<br><br>KEVIN MCALEENAN, Acting Secretary, U.S. Department of Homeland Security, and<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY,<br><br>*Defendants*. | Civ. A. No. 18-1580 (RCL) |

**NOTICE OF SETTLEMENT AND MOTION TO VACATE BRIEFING SCHEDULE**

The parties, by and through counsel, hereby provide this notice of settlement and jointly request that the Court vacate the briefing schedule for Defendants' motion for summary judgment. The parties have reached a settlement in principle but are still in the process of reducing the terms of the settlement agreement to writing. In addition, the terms of the proposed agreement include a waiting period of seven days from the date of signing before the settlement agreement can be filed with the Court. In light of the parties' agreement that will render further litigation unnecessary, the parties jointly request that the Court vacate the briefing schedule under which Defendants' motion for summary judgment is currently due by January 21, 2020. The parties anticipate that a stipulation of settlement and dismissal will be finalized and filed with the Court by that date.

January 9, 2020

Respectfully submitted,

*/s/ Morris E. Fischer, Esq.*
Morris E. Fischer, Esq.
8720 Georgia Ave., Suite 210
Silver Spring, MD 20910
T: (301) 328-7631
F: (301) 328-7638
Email: morris@mfischerlaw.com

*Counsel for Plaintiff*

JESSIE K. LIU
D.C. Bar No. 472845
United States Attorney
District of Columbia

Daniel F. Van Horn
D.C. Bar No. 924092
Chief, Civil Division

*/s/ Daniel P. Schaefer*
Daniel P. Schaefer
D.C. Bar No. 996871
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20530
202-252-2531
Daniel.Schaefer@usdoj.gov

*Counsel for Defendants*