UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICIA KIRTON,<br><br>    *Plaintiff*,<br><br>v.<br><br>CHAD F. WOLF, Acting Secretary, Department of Homeland Security, and<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY,<br><br>    *Defendants*. | Civ. A. No. 18-1580 (RCL) |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Plaintiff Alicia Kirton brings claims against her employer, the Federal Emergency Management Agency ("FEMA") under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, *et seq.* ("Title VII").  Plaintiff alleges that FEMA discriminated against her on the basis of her race and color when it denied her request for full-time telework.  Defendants move for summary judgment because there is no genuine dispute as to any material fact and Defendants are entitled to judgment as a matter of law.  In support of this Motion, Defendants respectfully refer the Court to the accompanying Memorandum of Points and Authorities, Statements of Material Facts, Exhibits, and Proposed Order.

Dated: September 9, 2020              Respectfully submitted,

                                                    MICHAEL R. SHERWIN
                                                    Acting United States Attorney

                                                    DANIEL F. VAN HORN
                                                    D.C. Bar 924092
                                                    Chief, Civil Division

By:   */s/ Daniel P. Schaefer*
          DANIEL P. SCHAEFER
          D.C. Bar 996871
          Assistant United States Attorney
          555 4th Street, N.W.
          Washington, D.C. 20530
          (202) 252-2531
          Daniel.Schaefer@usdoj.gov

          *Counsel for Defendants*