UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICIA KIRTON,<br><br>  *Plaintiff*,<br><br> v.<br><br>CHAD F. WOLF, Acting Secretary, Department of Homeland Security, and<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY,<br><br>  *Defendants*. | Civ. A. No. 18-1580 (RCL) |

**INDEX OF EXHIBITS IN SUPPORT OF DEFENDANTS'**
**MOTION FOR SUMMARY JUDGMENT**

Exhibit 1.  A. Kirton Affidavit (June 18, 2017) (2017 ROI Tab F-1)

Exhibit 2.  Budget Analyst Position Description (2019 ROI Tab F-6)

Exhibit 3.  M. Ellis Declaration (Sept. 8, 2020) and Exhibits

    Exhibit A.  Email from S. Benson, Apr. 23, 2015 (Kirton AFPD 727)

    Exhibit B.  Email from A. Kirton & Telework Request, Dec. 18, 2015 (Kirton AFPD 360-61)

    Exhibit C.  Email from M. Ellis, Dec. 20, 2015 (Kirton AFPD 662)

    Exhibit D.  Email from A. Kirton, Dec. 22, 2015 (2017 ROI, Tab G-14 at 3 of 4)

    Exhibit E.  Email from M. Ellis, Dec. 29, 2015 (2017 ROI, Tab F-2 at 2 of 3)

    Exhibit F.  A. Kirton Telework Application, Jan. 19, 2016 (2017 ROI, Tab G-6)

    Exhibit G.  Emails Between M. Ellis and A. Kirton, and others, Jan. 21-Feb. 3, 2020 (2017 ROI, Tab G-10)

    Exhibit H.  Email from M. Ellis, May 2, 2016 (Kirton AFPD 389-90)

    Exhibit I.  Email from M. Ellis, June 10, 2016 (FEMA 017)

| | | |
|---|---|---|
| | Exhibit J. | Email from M. Ellis, June 29, 2016 (Kirton AFPD 067) |
| | Exhibit K. | Email from M. Miller, July 25, 2016 (FEMA 276-77) (redacted in part) |
| | Exhibit L. | Emails Between M. Ellis and M. Miller, and others, July 27-28, 2016 (FEMA 005-07) (redacted in part) |
| | Exhibit M. | Email from M. Ellis, Aug. 8, 2016 and Request for Reasonable Accommodation (Blank) (FEMA 004 and Attachment) |
| | Exhibit N. | Email from M. Miller, Dec. 5, 2015 & M. Miller Request for Reasonable Accommodation, Sept. 11, 2016 (FEMA 003 and Attachment) (redacted in part) |
| | Exhibit O. | Email from M. Ellis, Sept. 27, 2016; Medical Documentation from M. Miller (FEMA 278-85, 292) (redacted in part) |
| | Exhibit P. | Memorandum from M. Ellis, Evaluation of Performance During Performance Improvement Plan Period (June 5, 2017) |
| | Exhibit Q. | Memorandum from M. Ellis, Notification of Proposed Removal (June 5, 2017) |
| | Exhibit R. | Memorandum from M. Ellis, Removal Decision (Aug. 22, 2017) |
| | Exhibit S. | Email from M. Ellis, May 23, 2016 (Kirton AFPD 392-93) |
| | Exhibit T. | Email from S. Benson, July 15, 2016; Memo from M. Ellis, Request for Change of Duty Station for Jennifer Wohltman (July 8, 2016) (Kirton AFPD 373 and Attachment) |
| | Exhibit U. | Email from B. Moncarz, Aug. 11, 2016 (Kirton AFPD 719) |
| Exhibit 4. | FEMA Telework Manual 123-9-1 (Jan. 9, 2013) (2017 ROI Tab G-5) | |
| Exhibit 5. | S. Benson Declaration (Sept. 8, 2020) | |
| | Exhibit A. | Email from S. Benson, Apr. 23, 2015 (Kirton AFPD 727) |
| | Exhibit B. | Email from A. Kirton & Telework Request (Kirton AFPD 360-61) |
| | Exhibit C. | Email Exchange Between S. Benson and M. Ellis, Dec. 20-21, 2015 (Kirton AFPD 662) |
| | Exhibit D. | Email from S. Benson, Denial of A. Kirton's Appeal, Feb. 2, 2016 (2017 ROI, Tab G-11) |
| | Exhibit E. | Email from S. Benson, Jan. 20, 2016 (Kirton AFPD 554) |

Case 1:18-cv-01580-RCL   Document 29-3   Filed 09/09/20   Page 3 of 4

| | |
|---|---|
| Exhibit 6. | Email from S. Benson, Jan. 3, 2015 (Kirton AFPD 717-18) |
| Exhibit 7. | Email from M. Darby, Feb. 5, 2013 (FEMA 236-38) |
| Exhibit 8. | Emails Between M. Darby, M. Miller, et al., Mar. 13-28, 2013 (FEMA 144-47) |
| Exhibit 9. | Notification of Personnel Action, effective July 28, 2013 (Kirton AFPD 735) |
| Exhibit 10. | Email from M. Darby, Mar. 19, 2013 (FEMA 152) |
| Exhibit 11. | Email from M. Darby, Mar. 21, 2013 (FEMA 148) |
| Exhibit 12. | Emails from E. Wozniak, and others, July 2-Aug. 16, 2013 (FEMA 045-48) |
| Exhibit 13. | Emails from A. Kirton and others, Dec. 18, 2015 (Kirton AFPD 666) |
| Exhibit 14. | M. Ellis Affidavit (Oct. 11, 2017) (2017 ROI, Tab F-2) |
| Exhibit 15. | Email from A. Kirton, Dec. 22, 2015 (Kirton AFPD 661) |
| Exhibit 16. | Email from A. Kirton, Jan. 29-Feb. 3, 2016 (2017 ROI Tab G-11) |
| Exhibit 17. | Email from S. Benson, Feb. 16, 2016 (Kirton AFPD 730) |
| Exhibit 18. | Email from C. Price, Aug. 22, 2013 (Kirton AFPD 075) |
| Exhibit 19. | Kirton EEO Complaint, Feb. 22, 2016 (2017 ROI, Tab A-1) |
| Exhibit 20. | Notice of Acceptance, Aug. 15, 2016 (2017 ROI, Tab C-1) |
| Exhibit 21. | Final Agency Decision, Agency Case No. HS-FEMA-25619-2016 |
| Exhibit 22. | Plaintiff's Responses to Defendant's First Set of Discovery Requests, Aug. 6, 2019 (redacted in part) |
| Exhibit 23. | Defendant's Responses to Plaintiff's First Set of Discovery Requests, Sept. 6, 2019 |
| Exhibit 24. | Defendant's Responses to Plaintiff's Supplemental Discovery Requests, June 12, 2020 |

Dated: September 9, 2020             Respectfully submitted,

                                             MICHAEL R. SHERWIN
                                             Acting United States Attorney

                                             DANIEL F. VAN HORN
                                             D.C. Bar 924092
                                             Chief, Civil Division

By:    */s/ Daniel P. Schaefer*
            DANIEL P. SCHAEFER
            D.C. Bar 996871
            Assistant United States Attorney
            555 4th Street, N.W.
            Washington, D.C. 20530
            (202) 252-2531
            Daniel.Schaefer@usdoj.gov

            *Counsel for Defendants*