# EXHIBIT 2

**POSITION DESCRIPTION** *(Please Read Instructions on the Back)*

| 1. Agency Position No. |
|---|
| PH5346 |

| 2. Reason for Submission | 3. Service | 4. Employing Office Location | 5. Duty Station | 6. OPM Certification No. |
|---|---|---|---|---|
| ☐ Redescription  ☐ Reestablishment | ☐ New  ☑ Hdqtrs ☐ Field  ☑ Other | Washington          DC | Washington          DC | |

☑ Other

Explanation *(Show any positions replaced)*

| 7. Fair Labor Standards Act | 8. Financial Statements Required | 9. Subject to IA Action |
|---|---|---|
| ☑ Exempt  ☐ Nonexempt | ☐ Executive Personnel Financial Disclosure  ☐ Employment and Financial Interest | ☑ Yes  ☐ No |

Recertification
GS-11 PH5344
GS-12 PH5345

| 10. Position Status | 11. Position Is | 12. Sensitivity | 13. Competitive Level Code |
|---|---|---|---|
| ☑ Competitive | ☑ Supervisory | ☑ 1--Non-Sensitive    ☐ 3--Critical | 0680 |
| ☐ Excepted *(Specify in Remarks)* | ☐ Managerial | | 14. Agency Use |
| ☐ SES (Gen.)  ☐ SES (CR) | ☑ Neither | ☐ 2--Noncritical Sensitive    ☐ 4--Special Sensitive | 1059 |

| 15. Classified/Graded by | Official Title of Position | Pay Plan | Occupational Code | Grade | Initials | Date |
|---|---|---|---|---|---|---|
| a. Office of Personnel Management | | | | | | |
| b. Department, Agency or Establishment | Budget Analyst | GS | 0560 | 13 | | |
| c. Second Level Review | | | | | | |
| d. First Level Review | | | | | | |
| e. Recommended by Supervisor or Initiating Office | Budget Analyst | GS | 0560 | 13 | | |

16. Organizational Title of Position *(if different from offiical title)*

17. Name of Employee *(if vacant, specify)*

18. Department, Agency, or Establishment
DHS/FEMA

a. First Subdivision
Office of the Chief Financial Officer

b. Second Subdivision
Budget Planning and Analysis Division

c. Third Subdivision

d. Fourth Subdivision

e. Fifth Subdivision

19. Employee Review-This is an accurate description of the major duties and responsibilities of my position.

Signature of Employee *(optional)*

20. **Supervisory Certification.** *I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that* this information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violations of such statutes or their implementing regulations.

| a. Typed Name and Title of Immediate Supervisor | b. Typed Name and Title of Higher-Level Supervisor or Manager *(optional)* |
|---|---|
| Shalini Benson - Deputy Budget Director | Evan T. Farley - Budget Officer |

| Signature | Date | Signature | Date |
|---|---|---|---|
| SHALINI M BENSON *(Digitally signed)* | 2/9/15 | Evan Farley *(Digitally signed)* | |

21. **Classification/Job Grading Certification.** *I certify that this position has been classified/graded as required by Title 5, U.S. Code, in conformance with standards published by the U.S. Office of Personnel Management or, if no published standards apply directly, consistently with the most applicable published standards.*

Typed Name and Title of Official Taking Action
Michael S.

HR Advisor

| Signature | Date |
|---|---|
| Michael S. | 6/2/08 |

22. Position Classification Standards Used in Classifying/Grading Position

Job Family Position Classification Standard for Professional and Administrative Work in the Accounting and Budget Group, GS-0500

Information for Employees. The standards, and information on their application, are available in the personnel office. The classification of the position may be reviewed and corrected by the agency or the U.S. Office of Personnel Management. Information on classification/job grading appeals, and complaints on exemption from FLSA, is available from the personnel office or the U.S. Office of Personnel Management.

| 23. Position Review | Initials | Date | Initials | Date | Initials | Date | Initials | Date | Initials | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| a. Employee *(optional)* | | | | | | | | | | |
| b. Supervisor | | | | | | | | | | |
| c. Classifier | MS | 4/2/15 | | | | | | | | |

24. Remarks

FPL = GS-13   Position Sensitivity Codes: 6-N-N

25. Description of Major Duties and Responsibilities *(See Attached)*

| NSN 7540-00-634-4265 | Previous Edition Usable | 5008-106 | OF 8 (Rev. 1-85) U.S. Office of Personnel Management FPM Chapter 295 |
|---|---|---|---|

# POSITION DESCRIPTION *(Please Read Instructions on the Back)*

| | | | | | | 1. Agency Position No. |
|---|---|---|---|---|---|---|
| | | | | | | PH5346 |

| 2. Reason for Submission | 3. Service | 4. Employing Office Location | 5. Duty Station | 6. OPM Certification No. |
|---|---|---|---|---|
| ☐ Redescription ☐ Reestablishment ☑ Other | ☐ New ☑ Hdqtrs ☐ Field | Washington, DC | Washington, DC | |

Explanation *(Show any positions replaced)*

Reorganization (pen & ink changes) *(highlighted)*

| 7. Fair Labor Standards Act | 8. Financial Statements Required | 9. Subject to IA Action |
|---|---|---|
| ☑ Exempt ☐ Nonexempt | ☐ Executive Personnel Financial Disclosure ☐ Employment and Financial Interest | ☑ Yes ☐ No |

| 10. Position Status | 11. Position Is | 12. Sensitivity | 13. Competitive Level Code |
|---|---|---|---|
| ☑ Competitive | ☐ Supervisory | ☑ 1–Non-Sensitive ☐ 3–Critical | 0680 |
| ☐ Excepted *(Specify in Remarks)* | ☐ Managerial | | 14. Agency Use |
| ☐ SES (Gen.) ☐ SES (CR) | ☑ Neither | ☐ 2–Noncritical Sensitive ☐ 4–Special Sensitive | 0080 |

| 15. Classified/Graded by | Official Title of Position | Pay Plan | Occupational Code | Grade | Initials | Date |
|---|---|---|---|---|---|---|
| a. Office of Personnel Management | | | | | | |
| b. Department, Agency or Establishment | | | | | | |
| c. Second Level Review | | | | | | |
| d. First Level Review | | | | | | |
| e. Recommended by Supervisor or Initiating Office | Budget Analyst | GS | 0560 | 13 | | |

**16. Organizational Title of Position** *(if different from official title)*

**17. Name of Employee** *(if vacant, specify)*

Albarty, Bernd, Cooke, Enoch, Flippins
Bunn, Polmateer, Moorer

| 18. Department, Agency, or Establishment | c. Third Subdivision |
|---|---|
| DHS/FEMA | |
| **a. First Subdivision** Office of the Chief Financial Officer | **d. Fourth Subdivision** |
| **b. Second Subdivision** Budget & Appropriations Liaison Division | **e. Fifth Subdivision** |

Signature of Employee *(optional)*

**19. Employee Review**-This is an accurate description of the major duties and responsibilities of my position.

**20. Supervisory Certification.** *I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that* this information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violations of such statutes or their implementing regulations.

| a. Typed Name and Title of Immediate Supervisor | b. Typed Name and Title of Higher-Level Supervisor or Manager *(optional)* |
|---|---|
| Susan A. Weatherby, Actg Cf, CF-BA | Susan J. Shuback, Acting CFO |
| Signature *Susan A. Weatherby* Date 08-07-08 | Signature *Susan Shuback* Date 8/13/08 |

**21. Classification/Job Grading Certification.** *I certify that this position has been classified/graded as required by Title 5, U.S. Code, in conformance with standards published by the U.S. Office of Personnel Management or, if no published standards apply directly, consistently with the most applicable published standards.*

Typed Name and Title of Official Taking Action

Signature / Date

**22. Position Classification Standards Used in Classifying/Grading Position**
OPM Budget Analysis GS-0560 Std 12/2000

**Information for Employees.** The standards, and information on their application, are available in the personnel office. The classification of the position may be reviewed and corrected by the agency or the U.S. Office of Personnel Management. Information on classification/job grading appeals, and complaints on exemption from FLSA, is available from the personnel office or the U.S. Office of Personnel Management.

| 23. Position Review | Initials | Date | Initials | Date | Initials | Date | Initials | Date | Initials | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| a. Employee *(optional)* | | | | | | | | | | |
| b. Supervisor | | | | | | | | | | |
| c. Classifier | | | | | | | | | | |

**24. Remarks**

This is a Public Trust- ~~Moderate~~ High Risk position

**25. Description of Major Duties and Responsibilities** *(See Attached)*

NSN 7540-00-634-4265   Previous Edition Usable   5008-106

OF 8 (Rev. 1-85)
U.S. Office of Personnel Management
FPM Chapter 295

## Budget Analyst, GS-0560-13

This position is located in the Federal Emergency Management Agency, Office of the Chief Financial Officer, Budget Planning and Analysis Division. The purpose of this position is to provide budget formulation and/or execution services in one of the following Branches/functional groups: (1) Mission Support Branch; (2) Mitigation and PNP Branch; (3) Response and Recovery Branch; (4) Coordination Branch; or (5) Manpower Branch.

The incumbent of this position serves as a budget analyst responsible for providing technical and analytical expertise on a variety of issues related to the implementation and administration of the Planning, Programming, Budgeting and Execution (PPBE) system throughout FEMA. This includes analysis of resources, requirements formulation and execution, knowledge of management and organizational theory and multi-year programming. The incumbent supports, and performs work assigned by the Team Lead (if one is designated), Senior Budget Analyst or Branch and/or Division Chief.

### Major Duties

Serves as liaison to Agency elements in the development, implementation, coordination, evaluation, and management of the Agency's PPBE system, which has a fundamental impact on program development, operations, and capabilities at FEMA. As a budget analyst, coordinates with program managers in the development and updating of budget requirements to ensure effective and efficient operation of the Agency. Utilizes fact-finding and investigative techniques that assist the Agency in focusing on its highest priorities for carrying out its mission.

Incumbent provides FEMA elements with expertise required to support planning, analyzing, coordinating, evaluating, and directing the development of budget requirements and allocations to support overall Agency objectives. Provides guidance to program and administrative staff in the explanation and resolution of problems or questions related to PPBE, primarily programming and budgeting.

Conducts a broad range of special studies and investigations and develops compromises and solutions to problems and conflicts that may have an agency-wide impact. Issues and findings are reported directly to the Team Lead and/or Branch Chief for decision-making purpose as required. These studies can often address controversial issues.

Reviews Agency program plans, resource projections, budgetary submissions and performance objectives provided by the various program and support offices of the Agency to ensure compliance with the Department of Homeland Security (DHS) Future Year Homeland Security Program (FYHSP) and PPBE as they relate to budget and performance formulation and execution. Submits comments and suggestions to Branch management.

Formulates consolidated Agency budgets for important, substantive national programs on both a long and short-term basis. Assists in the preparation of OMB apportionments and Agency-wide allocations. Conducts continuous review and analysis of Agency-wide budget allocations.

Researches, evaluates, and provides feedback on problematic trends and patterns in programming and budgeting requirements. Participates in strategic (long-term) and operational (short-term) planning efforts for the Agency that affects budget and performance. Identifies alternative plans and budget requirements whose implementation will enhance the efficiency and effectiveness of the Agency.

Performs other duties as assigned.

## Factor 1.  Knowledge Required by the Position

Knowledge and experience with budget and performance integration and organizational principles and practices along with planning, programming, budgeting and execution regulations, guidelines and processes in order to:  advise program staff throughout the Agency and outside the Agency on a variety of situations and issues that involve applying or adapting new theories, concepts, principles, and standards, methods or practices for budgetary requirements determination.

Demonstrated ability to select and apply appropriate program evaluation and budget utilization techniques in determining the extent of compliance with rules and regulations issued by the Agency or in formulating and allocating program budget requirements. This may include evaluating the content of new or modified legislation for projected impact upon the Agency's programs and budgetary resources.

Demonstrated ability to analyze, develop criteria for, and evaluate policies and procedures affecting agency PPBE requirements; analyze and evaluate the capabilities, effectiveness, feasibility and cost of proposed and alternative programs; analyze the impact of resource reduction options upon agency capabilities and performance; analyze and validate cost estimates of planned or proposed budgetary requirements; develop budget and performance formulation guidance as part of the Agency's planning, programming, budgeting and execution process upon which program elements multi-year plans are to be based.

## Factor 2.  Supervisory Controls

The employee works under the general supervision of the Branch Chief who provides broad policy guidance. The incumbent independently plans and carries out assignments and provides direct support to FEMA elements. Work is reviewed in terms of overall adequacy with respect to the effect on overall programs.

The incumbent works within guidelines that include legislative intent, general Agency regulations and policies, DHS publications, OMB publications, and GAO publications. The incumbent must exercise considerable judgment and ingenuity in interpreting or developing guidance.

The incumbent is responsible for significant Agency level budget and program evaluation functions and is expected to apply a very high degree of policy and managerial analysis, technical knowledge, and imagination and creativity in managing and directing projects and

recommending solutions to complex problems concerning the administrative and programmatic aspects of Agency PPBE operations.

## Factor 3.  Guidelines

The employee uses guidelines that are often ambiguous and express conflicting or incompatible goals and objectives, requiring extensive interpretation.  The employee also formulates interpretations that may take the form of policy statements and guidelines.  The employee uses judgment and ingenuity and exercises broad latitude to determine the intent of applicable guidelines in order to develop policy and guidelines for use throughout the Agency.

Agency management and senior staff recognize the employee as a subject matter expert in the development and/or interpretation of guidance on budget and program evaluation in numerous specialized areas (e.g., strategic planning, contingency and emergency planning, risk analysis, and budget utilization and control.)

## Factor 4.  Complexity

Work consists of broad functions and processes such as planning and supporting efforts to address areas where precedents do not exist and establishing new concepts and approaches. Assignments are characterized by exceptional breadth and intensity of effort and often involve several activities pursued concurrently or sequentially with the support of others within or outside of the Agency.

The employee makes decisions that involve major uncertainties with regard to the most effective approach or methodology to be applied.  These uncertainties typically result from continuing changes in mission requirements, or new or revised legislation.  The employee articulates and defends Agency budgetary requirements on critical policy issues, and briefs the Agency's senior management on the administration and management of budget and performance requirements.

The employee exercises judgment and originality in making decisions on whether to implement changes in Agency budget allocations.  Often the employee develops new standards, methods, and techniques.  The work frequently involves integrating the activities of multiple program areas.

## Factor 5.  Scope and Effect

Work involves analyzing the impact of actual or potential changes in the Agency's FYHSP and multi-year investment plans, and recommending appropriate changes to budgetary requirements. Work includes assistance to program staff in conducting comprehensive analysis of budgetary requirements and available resources to enhance productivity in accordance with Department of Homeland Security and FEMA priority programs and projected requirements.

Work ensures the Agency's ability to respond to major changes in business models and new technologies that affect the accomplishment of the Agency mission.  Work affects the Agency's ability to effectively and efficiently apply available resources.  Work enhances the Agency's

ability to make informed decisions on the focus and direction of major programs and investments, which affects the work of other technical experts or the development of major aspects of Agency-wide programs.

## Factor 6. Personal Contacts

Contacts are extensively with: FEMA Headquarters and Regional staff at all levels; with officials in other government departments and agencies; and with external organizations, including consultants, contractors, vendors, representatives of professional associations or public interest groups, in moderately unstructured settings. Contacts may also be made with senior executives and program officials who are several managerial levels removed from the employee, when such contacts occur on an ad hoc basis. The incumbent must recognize or learn the role and authority of each party during the course of the meetings.

## Factor 7. Purpose of Contacts

The purpose of such contacts is to influence and persuade employees and managers to accept and implement findings and recommendations. The employee may encounter resistance as a result of issues such as organizational conflict, competing requirements, or resource problems. The employee must be skillful in approach contacts to obtain the desired effect; e.g., gaining compliance with established policies and regulations by persuasion or negotiation.

## Factor 8. Physical Demands

The work is sedentary. Some work may require walking and standing in conjunction with travel and attendance at meetings and conferences away from the work site. The employee may carry light items such as papers or books, or may drive a motor vehicle. The work does not require any special physical effort.

## Factor 9. Work Environment

The work area is adequately lighted, heated, and ventilated. The work environment involves everyday risks or discomforts that require normal safety precautions. The employee may occasionally be required to travel.

**Emergency Assignment** - Every FEMA employee has regular and recurring emergency management responsibilities, though not every position requires routine deployment to disaster sites. All positions are subject to recall around the clock for emergency management operations, which may require irregular work hours, work at locations other than the official duty station, and may include duties other than those specified in the employee's official position description. Travel requirements in support of emergency operations may be extensive in nature (weeks to months), with little advance notice, and may require employees to relocate to emergency sites with physically austere and operationally challenging conditions.

**Key Requirement** – In addition to the travel and relocation that may be required by emergency assignments, this position may require occasional non-emergency travel.