# EXHIBIT 6

| | |
|---|---|
| **From:** | Benson, Shalini |
| **To:** | George, Heather |
| **Subject:** | RE: Telework Agreement |
| **Date:** | Saturday, January 3, 2015 11:37:00 PM |

Heather,

Thanks – before I approve, two questions – I ask that everyone see their staff physically at least two days a week. With this telework schedule, is that the case for all of your staff. I'd also like all of you to be in the office together at least once a week. What day of the week are you all there?

Thanks,

Shalini

From: Byer-George, Heather
Sent: Thursday, December 18, 2014 12:21 PM
To: Benson, Shalini
Subject: Telework Agreement

Shalini

My PIV signature is not working so I am unable to sign this form electronically, please review and if you concur, I will print, sign and scan it you for approval.

Heather A George, MBA, MPA, CGFM
Budget Planning & Analysis

Federal Emergency Management Agency
Tel# 202-646-4366
Cell# 202-281-9667 (business calls only)

| | |
|---|---|
| **From:** | Benson, Shalini |
| **To:** | Coles, Denee |
| **Subject:** | RE: Updated telework agreement |
| **Date:** | Saturday, January 3, 2015 11:19:00 PM |

Denee,

Happy to consider.  Can you please rework to take into account your new staff?  I'd like to make sure that you a.) physically see everyone at least twice a week and b.) have at least one day when your entire team is in.  I'd also like to make sure you and I overlap by at least two days, though preferably more. ☺

Thanks,
Shalini

**From:** Coles, Denee
**Sent:** Monday, December 22, 2014 6:34 PM
**To:** Benson, Shalini
**Subject:** Updated telework agreement

Shalini,

In the spirit of creating a more mobile work environment, I'm requesting to increase my telework to two days per week.  Attached for your consideration, is my updated agreement which adds Thursday to my weekly telework schedule.  I chose Thursdays because Fridays for my branch are popular telework and AWS days and the entire PNPM team is in the office each Tuesday which I'd prefer to keep as a standard.  This also ensures at least two team members are in the office each workday.

| | Biweekly Work Schedule | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Week 1 | | | | | Week 2 | | | | |
| **Employee** | **Mon** | **Tues** | **Wed** | **Thurs** | **Fri** | **Mon** | **Tues** | **Wed** | **Thurs** | **Fri** |
| *Denee* | in | in | TW | TW | in | in | in | TW | TW | in |
| *LaKeesha* | TW | in | in | in | TW | TW | in | in | in | AWS |
| *Alex* | in | in | in | TW | in | in | in | in | in | TW |
| *Tim* | in | in | in | in | AWS | in | in | in | in | in |
| *Terrie* | in | in | TW | in | TW | in | in | TW | in | AWS |

*Thank you.*

*V/R,*
*Denee Coles*
Department of Homeland Security
Federal Emergency Management Agency (FEMA)
Office of the Chief Financial Officer
Budget Planning and Analysis Division
Mitigation and Protection and National Preparedness Branch
Phone: (202) 646 - 1273