# EXHIBIT 7

| | |
|---|---|
| **From:** | Miller, Mark E |
| **To:** | Miller, Mark E |
| **Subject:** | FW: Update on OCFO Strategic Plan and Telework Pilot |
| **Date:** | Tuesday, February 5, 2013 2:41:01 PM |
| **Attachments:** | WH-380-E.PDF |

**From:** Darby, Michael
**Sent:** Tuesday, February 05, 2013 3:02 PM
**To:** Miller, Mark E
**Cc:** Farley, Evan; Cason, Winona
**Subject:** RE: Update on OCFO Strategic Plan and Telework Pilot

Mark,

Given your current situation there are two approaches that may assist you with providing more flexibility to temporarily support your needs. They are:

1. **Medical Telework:** For guidance related to Medical Telework go to, "Program Guidance for Flexible Workplace Environment," FEMA Manual 3000.3/July 2000, page 2, paragraph B, and page 7.
   On page 7, paragraph 4 are the specific medical documentation questions required to be answered by a certified medical practitioner.

2. **FMLA:** For guidance related to FMLA go to, "FEMA Absence and Leave Policy," FEMA Manual 3300.3/July 31, 2001, page 57.

In either case, before any conversation can begin regarding providing you relief from your situation, you need to formally request, in writing, to be granted Medical Telework or request FMLA. In either case you must provide the requisite medical documentation. Should you chose FMLA I've attached the FMLA form for completion.

I need a decision, in writing, from you next week requesting what approach you wish to take. In addition, concurrent with that request you need to be working to provide me with the requisite medical documentation.

If you have any other questions please let me know.

**From:** Farley, Evan
**Sent:** Friday, January 04, 2013 8:58 AM
**To:** Miller, Mark E
**Cc:** Darby, Michael
**Subject:** RE: Update on OCFO Strategic Plan and Telework Pilot

No objection here thanks.

-----Original Message-----

**From:** Miller, Mark E
**Sent:** Wednesday, January 02, 2013 03:33 PM Eastern Standard Time
**To:** Farley, Evan
**Cc:** Darby, Michael
**Subject:** FW: Update on OCFO Strategic Plan and Telework Pilot

Happy New Year Evan!

I wanted to take a minute and express my sincere thanks for allowing me to be with my wife while she goes through her treatments. It has made the world of difference for both of us. I also want to express my desire to be allowed to continue this pilot teleworking in accordance with the new attachment. I have spoken with Mike and he concurs that this is certainly working with no detriment to our mission. If you would like to meet to further discuss I am available any time.

Thanks
Mark

---

**From:** Cason, Winona
**Sent:** Monday, December 31, 2012 2:51 PM
**To:** CF-FM-FF-ALL HANDS; CF-PP All Hands
**Subject:** Update on OCFO Strategic Plan and Telework Pilot

*Sent on Behalf of Ed Johnson:*

*Team OCFO*

*Happy New Year! (a day early)…I hope everyone enjoyed some time with friends and loved ones and also got some much-deserved rest and relaxation over the holidays.*

*As you return for the new year, there are several FEMA and OCFO initiatives in the works, many of which you heard about during our December All Hands meeting. The first I want to remind you about is our FY13 Strategic Plan. A senior working group has finalized a draft of OCFO's vision, mission, goals and objectives which I will be reviewing shortly. I realize that while some of you have seen a "preview", not everyone has. Our plan in January is for Chelsea D'Angona and Patrick Heck to make "road shows" to each OCFO organization (may be VTC sessions for those not in DC) explaining the strategic plan. Your leadership will also be engaging you. The next steps are to create project plans under the goals and have owners assigned to those project plans. This is where the rubber meets the road in terms of implementing change in the OCFO, and I'm looking forward to your energy and creativity as you volunteer to help create and drive the work plans. This is your opportunity to shape the areas in OCFO that most interest you, whether it's concerning our systems, our processes or our human capital strategy; there's room for you to help effect changes that will help us meet the "MVP" vision I discussed at the All Hands.*

*Second, we also talked about the FEMA Workforce Transformation Project at the All Hands, and you've also seen some recent announcements from FEMA Leadership on this project. As we discussed in the All Hands, the OCFO is kicking off a telework pilot project. The attached document incorporates comments from the Union and is final. We will*

officially launch the pilot on January 7, 2013.  <u>The pilot is targeted for offices in the National Capital Region.</u>

The first step in the pilot is to determine overall interest.  Please read the attached document and if you are interested in participating in the telework pilot, please notify your supervisor not later than January 7$^{th.}$   OCFO leadership will be meeting as a team by mid-Jan to review the total number of volunteers for the project and discuss additional questions or concerns that may be raised, either by those volunteering for the pilot or those supervising them.

I want to reiterate that participation in the OCFO Telework Pilot is voluntary, but all volunteers, once approved and before beginning their regularly scheduled telework assignments, will need to clear out of their personal spaces.  This includes individuals in offices.  As explained in the All Hands meeting, we are planning to re-design the sixth floor of Patriots Plaza to conform with the 500C Street design now underway.  This will mean very few private offices, open-style furniture that encourages collaboration, and more conference space to accommodate the occasional need for private conversations and larger meetings.  The design will be phased in based on results of the telework pilot and as funding permits, but essential to being able to obtain this design is the ability to move the current cubicles, furniture and even walls to start to make this design a reality.  Approved requests for reasonable accommodations already in place will not change, and new requests submitted will be considered just as they have been in the past.

Remember that FEMA's ultimate goals are for us all to be more flexible in terms of where and how we work, and also to reduce our overall footprint as leases in the National Capital Region expire and individuals in those buildings need space to move into.  At Patriot's Plaza, our first challenge is to make space available for the auditors on the sixth floor when they return in February.  This will allow us to keep the tenth floor open as swing space, which will assist in the overall workforce transformation schedule.

I hope that you are excited about both the strategic plan and the telework pilot, and I encourage you to talk with your leadership if you have questions or concerns about either initiative.  My front office staff is also available to answer questions you may have about either of these initiatives.  Welcome back, and I look forward to working with all of you to make 2013 a great year for OCFO!


Winona Cason, Executive Officer
FEMA Office of the Chief Financial Officer
Patriots Plaza, Washington, DC
202-646-4340 (O) 202-302-8961 (BBerry)
Winona.cason@dhs.gov