EXHIBIT 8

| | |
|---|---|
| **From:** | Darby, Michael |
| **To:** | Bowser, Carl |
| **Cc:** | Cason, Winona; Farley, Evan; Miller, Mark E |
| **Subject:** | RE: Mark Miller: Medical Telework Request |
| **Date:** | Thursday, March 28, 2013 8:58:27 AM |
| **Attachments:** | Miller Medical Telework Application 03-28-13.pdf |

Carl,

Hopefully this version works. Let me know if you need any additional information.

**From:** Bowser, Carl
**Sent:** Monday, March 18, 2013 5:54 AM
**To:** Darby, Michael
**Cc:** Cason, Winona; Farley, Evan; Miller, Mark E
**Subject:** FW: Mark Miller: Medical Telework Request

Mike,

These are not the current forms per the FEMA Telework Manual 123-9-1.  Please update using the correct forms and resubmit.

http://on.fema.net/employee_tools/forms/Directives/123-9-0-1.pdf
http://on.fema.net/employee_tools/forms/Directives/123-9-0-2.pdf

**From:** Darby, Michael
**Sent:** Sunday, March 17, 2013 12:51 PM
**To:** Bowser, Carl
**Cc:** Cason, Winona; Farley, Evan; Miller, Mark E
**Subject:** Mark Miller: Medical Telework Request

Carl,

Attached is my approval of Mark's medical telework request and accompanying medical documentation. Please let me know if you need anything else in order to implement this telework request.

**From:** Darby, Michael
**Sent:** Thursday, March 14, 2013 6:55 AM
**To:** Miller, Mark E
**Subject:** FW: Mark Miller: Medical Telework Request

They approved the request. Get with Carl to see how he wants this situational telework application to be developed and processed. All I'm aware of is that I have to review and approve the medical telework application every 30 days. Ask Carl how he wants that done as well.

**From:** Darby, Michael
**Sent:** Wednesday, March 13, 2013 8:55 AM
**To:** Farley, Evan

**Cc:** Cason, Winona
**Subject:** Mark Miller: Medical Telework Request

Evan,

Mark has asked for me to approve a medical telework request due to his recent illness. I've attached his medical status information from his physician, and a copy of an email from Mark indicating he had stints implanted recently.

Below is the narrative from the FEMA telework manual that applies to medical telework. From what I surmise, he can be granted up to six months for medical telework, but the agreement must be reviewed by the supervisor every 30 days. If there are no objections, my decision is to grant him medical telework status probably through the end of May – to ensure he fully recovers – but I will review the telework agreement with Mark every 30 days.

Please let me know if management concurs with my recommendation.

Page 9 of  **FEMA MANUAL 123-9-1**

    Situational Telework (Episodic): Telework that occurs on an occasional, non-routine basis and/or during COOP/pandemic health crisis or other emergency situations. Supervisors have discretion to establish timeframes for Situational Telework (Episodic) based on work-related factors such as work priority, deadlines, etc. When making an approval for a situational telework agreement for a medical reason, special project, or accommodation request, the agreement must be reviewed and reapproved every 30 days. Telework arrangements may be determined by the Supervisor to be full-time or part-time based on eligible telework duties and portable work needs (full-time arrangements must consider Section 3-3, Official Duty Station). The definition of situational telework includes "unscheduled telework" as defined separately. ==Situational telework may be used:==

1. To allow an employee to perform work on a specific organizational project or a discrete portion of a project;
2. To permit an employee to perform work at an AWL during inclement weather;
3. To allow an employee to perform work when his/her official worksite is not accessible (e.g., building damage/emergency, or because of traffic disruption due to street closures, conventions, demonstrations, etc.);
4. To enable an employee to perform work at an AWL during an agency closure or early dismissal (see Section 3-9, Emergency Situations for further detail); or
5. For an employee who is recovering from illness or an injury and is temporarily unable to physically report to the traditional office, as supported by documentation from the employee's physician.

Page 12

J. FEMA Supervisors are responsible for:
1. Ensuring there is adequate coverage during public business hours to enable operations to continue to be carried out in an efficient and economical manner and that participating
and nonparticipating employees are treated equitably;
2. Making the determination regarding whether requesting employees are eligible for telework;
3. Determining whether employees' duties include sufficient portable work to permit regular telework for a given number of days per pay period;
4. In collaboration with OCCHCO, ensure that, as appropriate, position descriptions are updated to reflect which positions are not suitable for telework and the reasons for such determinations;
5. Approving or disapproving requests for telework (When making an approval for a situational telework agreement for a medical reason, special project, or accommodation request, the agreement must be reviewed and reapproved every 30 days.

Page 18  **3-3. Official Duty Station**
A. All pay, leave, and travel entitlements must be based on the employee's official duty station. The employee's official duty station for such purposes as special salary rates, locality pay adjustments, and travel is the city or town, county, and state in which the employee normally performs their official duties. Supervisors must consult with OCCHCO if there are any changes that warrant a change in the official duty station.

B. An employee's official duty station must be documented on the employee's Notification of Personnel Action (Standard Form 50 or equivalent). (See "Duty Station" blocks
38 and 39 of the Standard Form 50 showing the city/county and state in which the official worksite is located.)
C. An employee's official duty station would not change as long as the employee regularly commutes into the agency office at least twice each biweekly pay

period on a regular and recurring basis.

D. If the employee **does not** regularly commute into the agency office at least twice each biweekly pay period, the official duty station must be changed to the alternate worksite. The official duty station would not generally be changed for employees who telework for medical reasons and/or in emergency situations (i.e. COOP, agency closures, urgent deadlines, etc.) as these types of telework arrangements are not intended as permanent, but on a temporary basis not to exceed six months.

---

**From:** Miller, Mark E
**Sent:** Wednesday, March 13, 2013 8:11 AM
**To:** Darby, Michael
**Subject:** Medical Telework Request

Mike,

Attached is my paperwork from my doctor.  I am requesting to continue teleworking through at least 5/31/13.

Thank you for your continued support.

Mark


Mark E. Miller
FEMA OCFO, Budget
Call my Blackberry at:
202-701-5663
mark.e.miller@dhs.gov