# EXHIBIT 9

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| MILLER, MARK | | | 07/28/13 |

## FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 792 | CHG IN DUTY STATION |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| UNM | AGY DIRECTIVE OR ORD |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

## SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

7. FROM: Position Title and Number
BUDGET ANALYST
PH114102  PH1141

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| | | | | | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| | | | .00 |

14. Name and Location of Position's Organization

15. TO: Position Title and Number
BUDGET ANALYST
90550469  PH1141

| 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| GS | 0560 | 14 | 04 | | PA |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| | | | .00 |

22. Name and Location of Position's Organization
FEDERAL EMERGENCY MGMT AGENCY
Off of Chief Financial Officer
Budget Planning & Analysis Div
Mission Support Bureau Branch

HS CB0303000300000000  PP 16 2013

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 2  (1-None, 2-5-Point, 3-10-Point/Disability, 4-10-Point/Compensable, 5-10-Point/Other, 6-10-Point/Compensable/30%) | 1  (0-None, 1-Permanent, 2-Conditional, 3-Indefinite) | | X YES   NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| Z5 | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K | 01/16/82 | F  FULL TIME | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1  (1-Competitive Service, 2-Excepted Service, 3-SES General, 4-SES Career Reserved) | E  (E-Exempt, N-Nonexempt) | | 1059 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 40-3220-027 | MOORE  CLEVELAND  OK |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | |

45. Remarks

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| HOMELAND SECURITY | E/S BY: TONYA JOHNSON |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | DIRECTOR, HEADQUARTERS OPERATIONS |
|---|---|---|---|
| HS CB | 4249 | 08/01/13 | |

5-Part 50-316

After 6/30/93
-01-333-6238

This is an 'official' document generated from the eOPF system.