# EXHIBIT 13

| | |
|---|---|
| **From:** | Kirton, Alicia |
| **To:** | Goode, Sheila L |
| **Subject:** | RE: Telework request.docx |
| **Date:** | Friday, December 18, 2015 10:38:48 AM |

LOL. Girl she is trying to stress me out. Now she wants me to come up on Tuesday so she can sit with me to go over apportionment input… ( I AM A 13 NOT A 14)

So come January  I will email her each Tuesday and Wednesday  to say I will be teleworking . if she say no then will inform her that I have moved out of state and cannot come in the office but once a month. She is trying to load me down with Jennifer's work…because after loading then I have to load my programs. Jennifer doesn't have any programs…   look forward to my meeting with the new director. I am going to request a desk audit  if she places one more thing on my plate

**From:** Goode, Sheila L [mailto:GoodeSL@state.gov]
**Sent:** Friday, December 18, 2015 10:34 AM
**To:** Kirton, Alicia <Alicia.Kirton@fema.dhs.gov>
**Subject:** RE: Telework request.docx

I'm keeping this for when I do my request next year.  LOL

**From:** Kirton, Alicia [mailto:Alicia.Kirton@fema.dhs.gov]
**Sent:** Friday, December 18, 2015 10:25 AM
**To:** Ellis, Melissa
**Cc:** Kirton, Alicia
**Subject:** Telework request.docx

Melissa, attached is my request for 95-100% telework. I would rather make this request based on my current commuting situation which qualifies for a strong enough justification to prevent me from giving my personal business of medical issues.


**Alicia Kirton**
**Funds Control Analyst**
**OCFO-Budget Planning & Analysis Division**
**Desk (202) 212-3783**
**BB (202) 230-7134**