# EXHIBIT 14

## Affidavit of Melissa Ellis

I, **Melissa Ellis** am an __X__ employee of ___applicant to __ former employee of Federal Emergency Management Agency:

(Office) Office of the Chief Financial Officer (OCFO)

(Division) Budget Planning and Analysis Division          (BPAD)

(Branch) Funds Control Branch

Located in Washington, DC

In the capacity of Branch Chief

Grade __GS-15__          between (date) _06/2015_     and (date)__Present__

My telephone number during working hours is ____202-212-5626____

I HAVE BEEN ADVISED OF THE FOLLOWING:

I am required by Federal regulations to cooperate fully and promptly with the investigator who has been assigned to conduct a thorough and impartial investigation into a complaint of discrimination against Department of Homeland Security, Federal Emergency Management Agency. I must provide a statement for the investigative report which is true and complete to the best of her knowledge and which discloses all of her firsthand knowledge having a bearing on the merits of the complaint. The statement is provided under oath (or affirmation), without a pledge of confidentiality, in accordance with Equal Employment Opportunity Commission rules and regulations and Federal Emergency Management Agency. The Complainant and the appropriate departmental officials involved in the EEO complaint process will receive the entire investigative file. I have the right to review my statement prior to signing it and may make initialized corrections if it is incomplete or inaccurate. I have the right to receive a copy of the signed statement.

Having been advised of the above information about my role as a witness in the investigative process, I solemnly swear ___x___ affirm ___x___ the statement which follows is true and complete to the best of my knowledge and belief, and addresses the issues and concerns raise with me by the investigator.

**1. What is your name, position title, series, and grade?**

answer: Melissa Ellis, Supervisory Budget Analyst, GS-15.

**2. How long have you worked for the U.S. Department of Homeland Security?**

Initials _MAE_                                  1

answer: I have worked with FEMA since November 13, 2006.  Hired to current position in June 2015.

**3.  Who is your first and second-line supervisor? Please list title and grade.**

answer: Annemarie Juhlin, Deputy Budget Director, GS-15 and my second-line is the Budget Director, Benjamin Moncarz, SES

**4.  What is your working relationship to Alicia Kirton, Complainant?**

answer: Alicia works for me and I am her first-line supervisor.

**5.  What is your race?**

Answer: Caucasian.

**6.  Are you aware of Complainant's race?**

answer: Yes.

**7.  What is your color?**

answer: White.

**8.  Are you aware of Complainant's color?**

answer: Yes.

**9.  Did you subject Complainant to discrimination based on her race and/or color?**

answer: No.

*The following has been accepted for investigation:*

*On January 21, 2016, your request to change your duty station and telework schedule were denied. Management approved similar requests from two similarly situated Caucasian employees in your division.*

**10. Did Complainant request to change her duty station?**

answer: Yes, her request was verbal and then she followed it up with a written email.

**11. If so, when did Complainant request to change her duty station?**

answer: December 22, 2015.

Initials _____     2

**12. Why was Complainant requesting to change her duty station?**

answer: On December 22, 2015, Ms. Kirton informed me that she was closing on a house in Tampa, Florida on December 31, 2015 although her duty station was located in Washington, DC.

**13. Was Complainant's request for a duty station change and telework schedule request verbal or in writing?**

answer:  Ms. Kirton's request for a change in duty station and telework was done verbally and then she followed her verbal request up with an email request.

**14. Did Complainant make her request for a duty station change to you?**

answer: Yes, Ms. Kirton verbally requested the change in duty station and 95-100% telework schedule to me and she also forwarded her email request to me.

**15. Did you deny Complainant's request to change her duty station and telework schedule?**

answer: Yes, I denied Ms. Kirton's request to change her duty station and request for 95-100% telework schedule.

**16. What reason was given to Complainant for the denial of her request to change her duty station and telework schedule request?**

answer: I could not approve Ms. Kirton's request for increased telework or a duty station change due to the nature of her job.   She is a Budget Analyst and provides customer service, the work environment is too dynamic for her position to be away from the office more than the established policy allows. Her customers are here in DC and the division has an expectation to have employees in the office every day and believe there is value in face-to-face interaction with colleagues and customers.  BPAD has a very flexible telework policy, I believe we allow staff to telework more than other FEMA divisions.  At the time Ms. Kirton was requesting a schedule outside of the normal BPAD telework policy, there were already 2 people teleworking 100%, and this was established before my tenure as supervisor.  One person is a budget analyst but no longer with FEMA and the other person is not a budget analyst, she is a staff accountant and she does not have customers.  The nature of her job does not require her to meet with people face-to-face.

**17. Does FEMA have a telework policy?**

answer: Yes, FEMA has a telework policy; and the Budget Office also has an established telework policy that states an employee must report to the office 2 days a week and Ms. Kirton is aware of this policy.

**18. Is Complainant allowed to telework under the Budget Office's telework policy?**

Initials                         3

answer: Yes, Ms. Kirton is currently teleworking in Florida with the expectation to report to DC twice a week.

**19. Has Complainant met the expectations of reporting to DC 2 days a week although she lives in Florida?**

answer: I would say maybe 20 to 30% of the time since January 2016. Ms Kirton has had medical issues with her knee, she has requested reasonable accommodations which I have granted when medical documentation supported the requests. However, there have been other instances where she would not be able to come into the office her required 2 days per week, missing the two days required to report to DC and these are the times I would request that she take leave. She has had reasonable accommodation requests with medical documentation requesting to stay at home and these requests were granted as long as she provided the supporting documentation.

**20. Did Complainant speak with you regarding the denial of her request to change her duty station and telework schedule request?**

answer: Yes.

**21. If so, when did Complainant speak with you?**

answer: I am not sure of the exact date, but I met with Ms. Kirton verbally and explained the denial and also followed up with a response to her email request. I believe it was in the January 2016 timeframe.

**22. What response did she receive?**

answer: I reiterated to Ms. Kirton why I could not approve her request to change duty station and telework schedule.

**23. Are you aware of any similarly situated employees whose request to change duty station and telework schedule were approved?**

answer: Not exactly similarly situated but yes two people who teleworked 100% at the time of Ms. Kirton's request within the BPAD office. These situations were approved prior to me becoming supervior

**24. If so, can you provide their names, titles, race, and color?**

answer: At the time there were two individuals with duty stations outside of DC; however, these approvals were made prior to my becoming supervisor.

**25. Has Complainant submitted another change of duty station and/or telework request since January 2016?**

Initials                           4

answer: Not to my knowledge

**26. Was race and color factors in Complainant's duty station change and telework request being denied?**

answer: No, race and color were not factors in Ms. Kirton's duty station change and 95-100% telework request being denied. Per the BPAD policy, she is to report to the office 2 days out of the week. Her duty station is Washington, DC.

**27. Is there anyone we could speak with that may have knowledge of this incident?**

answer: Not to my knowledge

**28. Is there anything else you would care to add?**

answer: Not at this time, see attached.

*I have read the above statement consisting of 5 pages. It is true and complete to the best of my knowledge and belief. I made all the necessary corrections and additions, initialing next to each. I have also signed and initialed each page. I understand that the information I have given is not to be considered confidential and that it may be shown to the interested parties. In accordance with 28 U.S.C. Section 1746, I declared under penalties of perjury that the above statements are true and correct to the best of knowledge, information and belief.*

Signature _____    Date 10/11/2017

Initials  _____    5