# EXHIBIT 15

| | |
|---|---|
| **From:** | Kirton, Alicia |
| **To:** | Pearson, Beverly |
| **Subject:** | Tele work |
| **Date:** | Tuesday, December 22, 2015 8:28:46 AM |

I sent Melissa my request to tele work 95-100 percent and she said we would talk so she had the NERVE to tell me that she spoke with Shalini and she said she didn't think the team could handle another person out of the office because Mark was grandfathered in and Jennifer has a special skill set. Oh and the only way she thought I would be approved is if it was based on medical. I told her yes I have medical issue but I am not requesting due to my medical issue. My commute is more than enough to qualify me to tele-work more. I told her my current mileage is more than Jennifer's and she lives in NJ . so she asked  what is my plan to accomplish the mission and how will I work with my customers... The same way I work with them now via Lync. So I was asked to give her a compelling reason why I should be allowed to tele-work what is my plan to accomplish the mission and how do I plan to meet the customer's needs..

I told her when I last spoke with Shalini she told me it wasn't were you work it was the work that I do, therefore unless you feel I am not working when I work from home which we both know is not true because I am  working on everything that has been thrown at me. Then she said yes and I really appreciate you .. (yeah right)

Then I dropped the bomb on her. I told her after I spoke with Shalini and she made that statement about not where you work, my husband and I decided to move to Florida which I will be moving the end of this month.. well her mouth dropped open

**Alicia Kirton**
**Funds Control Analyst**
**OCFO-Budget Planning & Analysis Division**
**Desk (202) 212-3783**
**BB (202) 230-7134**