# EXHIBIT 18

| | |
|---|---|
| **From:** | Price, Cherre |
| **To:** | Darby, Michael |
| **Cc:** | Farley, Evan; Benson, Shalini |
| **Subject:** | Mark Miller |
| **Date:** | Thursday, August 22, 2013 11:55:32 AM |

Good afternoon Mike,

The change of duty station for Mark has been processed with an effective date of 7/28/13 (pay period 15) and we received pay for pay period 15 this week.  Please notify Mark that his change of duty station will show on his next pay as will the deduction for overpayment in pay period 15.

Thanks,

-----------------------------------------------------------

Cherre Price, Admin Officer

DHS/FEMA/OCFO

395 E Street SW, Rm 606

Washington, DC  20472-3715

202-646-1072

202-646-7052 fax

cherre.price@fema.dhs.gov