UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICIA KIRTON,<br><br>  *Plaintiff*,<br><br>v.<br><br>CHAD F. WOLF, Acting Secretary, Department of Homeland Security, and<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY,<br><br>  *Defendants*. | Civ. A. No. 18-1580 (RCL) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion for Summary Judgment, and the entire record herein, it is hereby

**ORDERED** that Defendants' Motion be and is hereby **GRANTED**; and it is

**FURTHER ORDERED** that summary judgment is awarded to Defendants with respect to all claims that have been asserted in this action.

**SO ORDERED**.

_____          _____
Date                        United States District Judge