U.S. Department of Homeland Security
500 C Street, SW
Washington, DC 20472



AUG 15 2016

Ms. Alice Kirton
1136 Emerald Hill Way
Valrico, FL 33594

Re: Complaint of Discrimination
     Agency Case No.: HS-FEMA-25619-2016

Dear Ms. Kirton,

This is to inform you of the Department of Homeland Security/FEMA's acceptance of your formal complaint of discrimination based on Race (African-American), Color (Black), filed on February 22, 2016. After a thorough review of all the allegations that you presented, an investigation will be conducted.

Your claim has been summarized to frame the basic issue presented in your complaint. You will be given an opportunity to elaborate on your claim, and identify individuals by name during your investigation

> On January 21, 2016, your request to change your duty station and telework schedule were denied. Management approved similar requests from two similarly situated Caucasian employees in your division.

Please review carefully the accepted claim to be investigated. If you are not satisfied with the claim as identified, you will have five calendar days from your receipt of this letter to submit written clarification of your claim.

Any unresolved differences regarding the identified claims will be recorded in the complaint file. In addition, if we do not hear from you, it will be assumed that you are satisfied with your claim as stated, and they will be investigated as identified.

Alicia Kirton
Acceptance Letter
Date
Page 2

Also enclosed is a flyer, "Your Right to Equal Opportunity," which provides information on the EEO complaint process, your rights and the time limits for exercising those rights. You will be notified as soon as an EEO investigator has been assigned to your case.

If you have any questions, or need additional information, please call Tiffany Wallace, Supervisory EEO Specialist/Formal Unit Chief, at (202) 212-4200. You may also contact Margie Floyd-Dove, Case Manager, at (202) 212-3676.

Sincerely,

Willisa M. Donald
Director,
Office of Equal Rights

Enclosure

Tab C-1
Page 3 of 3