| | |
|---|---|
| **From:** | Miller, Mark E |
| **To:** | Miller, Mark E |
| **Subject:** | FW: Update on OCFO Strategic Plan and Telework Pilot |
| **Date:** | Tuesday, February 5, 2013 2:41:01 PM |
| **Attachments:** | WH-380-E.PDF |

**From:** Darby, Michael
**Sent:** Tuesday, February 05, 2013 3:02 PM
**To:** Miller, Mark E
**Cc:** Farley, Evan; Cason, Winona
**Subject:** RE: Update on OCFO Strategic Plan and Telework Pilot

Mark,

Given your current situation there are two approaches that may assist you with providing more flexibility to temporarily support your needs. They are:

1. **Medical Telework:** For guidance related to Medical Telework go to, "Program Guidance for Flexible Workplace Environment," FEMA Manual 3000.3/July 2000, page 2, paragraph B, and page 7.
   On page 7, paragraph 4 are the specific medical documentation questions required to be answered by a certified medical practitioner.

2. **FMLA:** For guidance related to FMLA go to, "FEMA Absence and Leave Policy," FEMA Manual 3300.3/July 31, 2001, page 57.

In either case, before any conversation can begin regarding providing you relief from your situation, you need to formally request, in writing, to be granted Medical Telework or request FMLA. In either case you must provide the requisite medical documentation. Should you chose FMLA I've attached the FMLA form for completion.

I need a decision, in writing, from you next week requesting what approach you wish to take. In addition, concurrent with that request you need to be working to provide me with the requisite medical documentation.

If you have any other questions please let me know.

---

**From:** Farley, Evan
**Sent:** Friday, January 04, 2013 8:58 AM
**To:** Miller, Mark E
**Cc:** Darby, Michael
**Subject:** RE: Update on OCFO Strategic Plan and Telework Pilot

No objection here thanks.


-----Original Message-----