| | |
|---|---|
| **From:** | Miller, Mark E |
| **To:** | Darby, Michael (Michael.Darby@fema.dhs.gov) |
| **Cc:** | Bunn, Donald |
| **Subject:** | My Status |
| **Date:** | Wednesday, February 20, 2013 5:57:00 PM |

Mike,

I went to the doctor again today.  Without going into any distrusting details, I need to stay in the prone position as much as possible for the next few days to avoid blood clotting after the cath…  With that,  I am requesting the rest of the week as leave. I will put in the WebTA request soon.  I should be up and running Monday morning.  I should also have the medical telework paperwork for you by then.  I'm sorry for the inconvenience this causes…

Thanks
Mark


Mark E. Miller
FEMA OCFO, Budget
Call my Blackberry at:
202-701-5663
mark.e.miller@dhs.gov