| | |
|---|---|
| **From:** | Darby, Michael |
| **To:** | Miller, Mark E |
| **Cc:** | Cason, Winona; Farley, Evan |
| **Subject:** | FW: Miller"s Telework |
| **Date:** | Tuesday, March 19, 2013 4:50:00 PM |

Mark,

Can you do this for me tomorrow.

---

**From:** Cason, Winona
**Sent:** Tuesday, March 19, 2013 4:49 PM
**To:** Darby, Michael
**Cc:** Willenbucher, Timothy; Farley, Evan
**Subject:** Miller's Telework

*Hi Michael*

*Based on the fact that Mark's "trial period" was supposed to end in January and it's now mid-March and we're just receiving a medical telework request, we need to get some documentation together on timeline of events.  The current medical telework request is definitely not a problem for 30 days, with a requirement to update request/supporting medical documentation every 30 days.  However, since Mark's been living in Oklahoma now for right at six months, while drawing DC pay, we may have to have a discussion about back pay.*

*I know Mark's wife has health problems and he also was exhibiting some prior to receipt of the telework agreement, so let's start with a simple timeline that shows what factors were considered starting in January that resulted in his delayed return per original agreement and go from there.  Doable by end of week?*

*Winona Cason, Executive Officer*
*FEMA Office of the Chief Financial Officer*
*Patriots Plaza, Washington, DC*
*202-302-8961*
*Winona.cason@dhs.gov*