I did the FHR today.  Should be in your box now.

Evan Farley
Budget Director
Federal Emergency Management Agency
202-646-2985 (Office)
202-646-7052 (Fax)
202-316-6878 (Cell)
Evan.Farley1@DHS.Gov

---

**From:** Cason, Winona
**Sent:** Tuesday, July 02, 2013 1:32 PM
**To:** Farley, Evan; Benson, Shalini; Darby, Michael
**Cc:** Price, Cherre; Lowry, Thomas J
**Subject:** Mark Miller Re-assignment - please process

*All*

*Based on Mark's medical situation, Ed has agreed to reassign Mark Miller to Oklahoma for six months.  He's asking for a follow up recommendation prior to the six-month extension's expiration from BPAD management.  Please work with Cherre to make this action effective through FHR as soon as possible.  Thanks.*

*Winona Cason, Executive Officer*
*FEMA Office of the Chief Financial Officer*
*Patriots Plaza, Washington, DC*
*202-302-8961*
*Winona.cason@dhs.gov*