| | |
|---|---|
| **From:** | Ellis, Melissa |
| **To:** | Goldberg, Julia |
| **Subject:** | Change of Duty Station |
| **Date:** | Friday, June 10, 2016 4:48:50 PM |

Hello Julia,

I hope you are doing good.  I have a question for you regarding my team member Mark Miller whose duty station was changed from DC to Oklahoma City a couple years ago.   It is my understanding that Mark went home to care for his sick wife and then he became sick himself.  The agreement was at first temporary or episodic but they felt his work performance at the time was good for the duties he was performing and they made a decision to change his duty station.  This was a decision made before all of the supervisors who are now in place in Budget.  The medical reasons behind the decision are not documented but his SF 50 was changed to reflect OK City.

Due to the nature of the job, we are now in a position where we feel it is best if his duty station was DC.  Do you know if I am able to change his duty station?  He will not want to have to come back to DC to work, he has mentioned this to me before.  However, his job duties are similar in nature to all of the other budget analysts.  I feel his job performance would improve by him coming into DC at least 2 days a week.

Thank you,

Melissa Ellis

Branch Chief - Funds Control Branch

OCFO-Budget Planning & Analysis Division

Desk (202) 212-5626

BB (202) 701-5573