| | |
|---|---|
| **From:** | Ellis, Melissa |
| **To:** | Nance, Kurt |
| **Subject:** | RE: Doctor"s Letter |
| **Date:** | Tuesday, July 26, 2016 8:18:32 AM |

Hi Kurt,

Are you available this morning to meet and discuss this?

Thanks,

Melissa Ellis
Branch Chief - BPAD Funds Control Branch
Federal Emergency Management Agency
(202) 212-5626 Desk
(202) 701-5573 Cell

**From:** Ellis, Melissa
**Sent:** Monday, July 25, 2016 12:44 PM
**To:** Nance, Kurt <Kurt.Nance@fema.dhs.gov>
**Subject:** Fw: Doctor's Letter

Hi Kurt,

I hope you are doing good.

I recently spoke to Mark and notified him his duty station was changing back to DC. He currently is working from home 100% of the time for the past 3 years or more.

Attached and below is a doctors note to continue work from home. I would like your opinion on next steps, I assume he is requesting a medical accommodation.
Thanks

Melissa

**From**: Miller, Mark E
**Sent**: Monday, July 25, 2016 11:31 AM
**To**: Ellis, Melissa
**Subject**: Doctor's Letter

Melissa,
    Please find the attached letter from my Doctor.  It's my hope that perhaps this will allow my current employment situation to remain the same.

Thank you
Mark