

The UNIVERSITY of OKLAHOMA
Health Sciences Center

College of Medicine
Nephrology Section

October 11, 2016

To Whom It May Concern

RE: Mark Miller

Dear Madam/Sir,

Please allow me to provide a professional opinion about a patient of mine who requested an assessment of his ability to perform his work duties outside of a home based environment. Mr. Miller is a patient of mine who suffers from labile hypertension and requires close follow-up. A substantial part of his hypertension is sensitive to outside stressors and his blood pressure control worsens when he is under outside duress. I believe that a transfer from home based environment would put Mr. Miller at significant risk of poorly controlled hypertension with all possible consequences including stroke and intracranial bleed.

To substantiate my opinion please find enclosed specific answers for the questionnaire I have received.

1. In my professional opinion given patients diagnosis of labile hypertension he cannot perform his duties outside of home based environment.
2. The employee cannot perform duties as outlined in the attached position description because of the risk of poorly controlled hypertension. The risks include fatal intracranial bleeding.
3. The impact of the employee's medical condition is not episodic. He is at risk on a daily basis.
4. The patient is at ongoing and permanent risk of worsening of his hypertension thus he cannot report to the office two days per week.
5. In my professional opinion, the employee should not perform any duties outside the home based office.
6. In my professional opinion, there are no alternative accommodations.
7. As stated previously, the patient's worsening of hypertension puts him at significant risk including intracranial bleeding.

Please find enclosed the questionnaire that was provided to me.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Lukas Haragsim, MD
Professor of Medicine
Nephrology and Hypertension

College of Medicine Building, Nephrology Section, Suite 5300, 800 Stanton L. Young Blvd., Oklahoma City, Oklahoma 73104
PHONE: (405) 271-6842 FAX: (405) 271-6496

Kirton - AFPD - 000038