*(Acting) Branch Chief, Labor & Employee Relations (LER)*
*Office of the Chief Component Human Capital Officer (OCCHCO)*
*Federal Emergency Management Agency (FEMA)*
*U.S. Department of Homeland Security (DHS)*
*Desk: (540) 686-3117*
*Cell: (202) 394-7701*

---

**From:** Ellis, Melissa
**Sent:** Sunday, May 22, 2016 9:19 PM
**To:** Gunsolus, Kirsten
**Subject:** JW - Change of Duty Station

Kirsten,

I hope you are doing well.  I would like to send the below request to Shalini to officially document Jen Wohltman's status / duty station.  Jen is my accountant (job series 0510) with a DC duty station, she was on detail to the BPAD office from our finance center and then she applied and was selected for the permanent position last year before I became her official supervisor.   Before Jen was hired for the permanent job, she was very up front about needing to live in the New Jersey area for her husband's job although the job has a DC duty station.  She periodically came into DC at her own expense, I would say monthly so more frequently than my employee who lives in OK City (with an OK city duty station) but less frequently than the telework policy allows.

I am trying to correct an issue I have of having a non-compliant teleworker who comes in less than the policy allows.  This has been the case since she was hired (first as a detail temp promotion then continued after she was hired full time).  There was a verbal understanding this was allowed, the supervisor prior to me didn't know the telework policy rules.  Do you think I should move forward with this request or leave the situation "as is"?

Please let me know when you have a few minutes to discuss.

Thanks

Melissa

---

Shalini,

I would like for OCFO to consider changing Jennifer Wohltman's duty station to New Jersey.  I would like to remind you that Jen has been a superior performer since she has come on board in BPAD.  She has lead us in the fight to remediate audit findings by creating and enforcing new budget execution processes.  Jen's hard work has recently been recognized as she received a DHS Outstanding Employee Award, this award was presented to her by the DHS Secretary.  Jen also was one of three OCFO-wide employees that received a quality step increase (QSI) because she has made

such an impact on Budget Execution.

Below are some PROS & CONS of changing Jen's duty station:

PROS:

- Jen works independently and is very self-motivated. I firmly believe she will continue to work hard from her home office.
- Since Jen recently gave birth, she will need extra time at home to bond with her family and nurse her new baby.
- Providing Jen with a change in duty station shows her our commitment and trust in her. I think this will be motivating for her to continue keeping up the good work she does for us.
- Making a change in duty station, shows we are serious about supporting Jen. As OCFO or BPAD management changes in the future, the change in duty station will safe guard Jen from losing this benefit of working from home more often than the FEMA Telework policy permits.

CONS:

- We are not in compliance with the current FEMA Telework agreement. Employees need to be in the office a minimum of 2 days per pay period. Realistically if the expectation is for Jen coming to DC two days per pay period is too much. If Jen is required to come to DC per pay period, she will look for another job closer to home.
- It costs Jen a couple hundred dollars each time she comes to DC out of her own pocket. I don't think Jen is opposed to paying for her trips, but every 2 weeks would not be worth it.
- Days that Jen travels to DC, it is challenging to get a full work day in. Jen logs in from the train but sometimes loses connection so when there are deadlines, I have asked Jen to stay home in order to meet the deadline rather than commute into DC and risk being late submitting something.
- If we don't change the duty station, Jen may feel we aren't supportive because she will be left wondering if the rules will change when management changes.

Thank you for considering this change. Jen has been so valuable to me and I would love to make this happen for her. I appreciate your support!

Melissa Ellis
Branch Chief - Funds Control Branch
OCFO-Budget Planning & Analysis Division
Desk (202) 212-5626
BB (202) 701-5573