IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICIA KIRTON, )<br>)<br>       Plaintiff, )<br>)<br>v. )<br>)<br>CHAD F. WOLF, Acting Secretary, )<br>U.S. DEPARTMENT OF HOMELAND )<br>SECURITY )<br>)<br>and )<br>)<br>FEDERAL EMERGENCY MANAGEMENT )<br>AGENCY, )<br>)<br>       Defendant ) | Case No.: 1:18-cv-01580 RCL |

**PLAINIFF'S OPPOSITION TO DEFENDANT'S
UNDISPUTED STATEMENT OF FACTS**

Plaintiff, Alicia Kirton, by the undersigned herein submits her response to the Defendant's Undisputed Statement of Facts.

1. Admit

2. Admit

3. Admit

4. Admit

5. Admit

6. Admit

7. The Plaintiff does not dispute that Ms. Ellis' declaration states those things; however, the Defendant presented no other evidence in the record to confirm same. Also, it is undisputed that Mark Miller, another budget analyst was able to change his duty station

and essentially work full-time remotely. As such, this justification for in person presence by Budget Analysts is undermined.

8. Admit

9. Admit that the subject document says what is says.

10. Admit that the subject document says what is says.

11. Admit

12. Admit

13. Admit

14. Admit

15. Admit

16. Admit

17. Admit

18. The statements cited by Mr. Benson, allegedly made by CFO, Tom Lowry, are inadmissible hearsay and should not be considered by the Court.

19. The April 23, 2015, email made no mention of any telework restriction or other telework issue specifically relating to Mr. Miller or Ms. Wohltman. Those names were not mentioned on the email.

20. Admit

21. Admit that those emails say what they say.

22. Admit

23. Admit

24. By the Agency's own admission, Benson and Ellis never did any follow up on Miller's position being permanent, subject to periodic review, based on a medical necessity or

disability. This is the crux of the case with respect to this comparator. By Benson and Ellis not doing so, the Agency cannot later claim that Miller is not a true comparator to the Plaintiff *because* he had a medical issue.

25. Admit

26. Admit that the subject declaration says what is says.

27. Admit that the subject declaration says what is says.

28. Admit that the subject declaration says what is says.

29. Plaintiff disputes this contention, as Plaintiff attested to in her interrogatory responses, Wohltman was the head accountant who does the apportionment for the FEMA funds from DHS. That is a much stricter transfer because it's at a much higher level. DHS would likely have people that would question her in person as to the reason for these allocations. Also Ms. Ellis recently hired another African-American accountant, Amanda Robertson, who was not given the same telework, duty station rights and privileges of Wohltman pursuant to FEMA's own policy [dkt. 29-25, page 7 of 13].

30. Admit

31. Admit

32. Admit

33. Admit

34. Admit

35. Admit

36. Deny because Ms. Kirton's email states that she was obligating herself to be physically present in the office at least once a month, which was above the once a quarter

requirement for full-time teleworkers. Exhibit 1 Opp SF (Kirton Email dated Tuesday, December 22, 2015 10:46 AM on page 3 of 4).

37. Admit

38. Admit

39. Admit

40. Admit

41. Admit

42. Admit

43. Admit

44. Admit

45. While the Plaintiff admits that the declaration says what is says, Plaintiff disputes these were the true reasons for the denial and contends that the denial was based on discrimination, by virtue of the Plaintiff being treated differently than her two comparators, Ms. Wohltman and Mr. Miller.

46. Admit

47. Admit

48. Admit

49. Admit

50. Admit

51. Admit

52. Admit

53. Admit

54. Admit

55. Admit

56. Admit

57. Admit

58. Admit

59. Admit

60. Admit

61. Admit

62. Admit

63. Admit

64. Admit

65. Admit

66. Admit

67. Admit

68. Admit

<u>October 23, 2020</u>　　　　　　　　　　___/s/_Morris. E. Fischer_____
Date　　　　　　　　　　　　　　　　　Morris E. Fischer
　　　　　　　　　　　　　　　　　　　Morris E. Fischer, LLC
　　　　　　　　　　　　　　　　　　　8720 Georgia Avenue, Suite 210
　　　　　　　　　　　　　　　　　　　Silver Spring, MD 20910
　　　　　　　　　　　　　　　　　　　301-328-7631 Office
　　　　　　　　　　　　　　　　　　　301-328-7638 Fax
　　　　　　　　　　　　　　　　　　　morris@mfischerlaw.com
　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

5