# TAB G-14

# Email Communication submitted by A. Kirton RE Tele-work meeting, dated January 20, 2016

| | |
|---|---|
| **Subject:** | Fw: Tele-work meeting |
| **From:** | Alicia Payne-Kirton (mzanointed_1@hotmail.com) |
| **To:** | cdreedbdi@yahoo.com; |
| **Date:** | Sunday, June 18, 2017 8:12 PM |

Memo for Record

**From:** Kirton, Alicia
**Sent:** Wednesday, January 20, 2016 12:04 PM
**To:** mzanointed_1@hotmail.com
**Subject:** FW: Tele-work meeting

My plan to continue my work assignments by using resources provided: Lync to tele-conference, Video which allows face to face discussions, share screen which allows real time inner action with customers and team mates .

**From:** Kirton, Alicia
**Sent:** Tuesday, January 19, 2016 2:08 PM
**To:** mzanointed_1@hotmail.com; Kirton, Alicia <Alicia.Kirton@fema.dhs.gov>
**Subject:** FW: Tele-work meeting

Based on the information provided below, I believe that I am being held to a different standard than my co-worker. I have returned from active duty on 1 June and from that time until 30 December Jennifer has not come in the office  two days per week  but has been allowed to come in once a quarter. She came in for 1 day in July, two day in Sep 1 ½ days in Nov, 1 day in Dec and thus far 1 day in January.

**From:** Ellis, Melissa
**Sent:** Tuesday, December 29, 2015 2:47 PM
**To:** Kirton, Alicia <Alicia.Kirton@fema.dhs.gov>
**Subject:** RE: Tele-work meeting

Dear Alicia,

I have reviewed your request for 95-100% telework, and subsequent change in duty station.  Per FEMA's Telework Policy, if an employee commutes into the office less than 2 days per pay period, the Duty station needs to change to the employee's telework location.

The BPAD Telework Policy is that every employee needs to come into the office at least 2 days per week.   As a Funds Control Budget Analyst, your job requires face-to-face engagement with your customers and Analysis Branch counterparts.  Also, coming into the office enhances team building with other staff members, on the job training and promotes collaboration.  This is all key to us improving our relationships with our customers to ensure we are on track to creating a proactive work environment.  Additionally, because our division needs to have staff available in the office on a daily basis, and because most of our team regularly teleworks 2-3 times per week, I am not currently able to increase the amount of time that you telework away from the office.  Unfortunately, I regret to inform you that I cannot approve an increase in your telework, and therefore I am also denying a change in Duty Station for you.

I am happy to meet and discuss this further with you when you are back in the office.


Melissa Ellis
Branch Chief - Funds Control Branch
OCFO-Budget Planning & Analysis Division
Desk (202) 212-5626
BB (202) 701-5573

---

**From:** Kirton, Alicia
**Sent:** Tuesday, December 22, 2015 10:46 AM
**To:** Ellis, Melissa
**Cc:** Kirton, Alicia
**Subject:** Tele-work meeting

1. Compelling reason to tele-work at a 95-100% rate
2. How do I plan to accomplish the mission
3. How do I plan to meet my customers' needs

Mellissa, thank you for taking the time to meet with me to discuss my request to tele-work at a higher percentage rate submitted to you on Friday December 18, 2015. As stated on my request, as well as during our discussion meeting this morning, my request is based on my current commuting time which is a minimum of 2 ½ to 3 hours one way, along with the opportunity to take advantage of the agencies program for employees to tele-work at a higher rate. I currently come into the office 2 to 3 days a week, depending on your request to attend meetings in your place and/or to attending BPAD, All Hands, etc. I am requesting to come in on a monthly bases which will greatly reduce my commuting time, provide a cost savings to the agency, increase my time to preform work responsibilities and allow quality time with my family.

I am aware that the regulation for Tele-work states 100% teleworkers are required to come to the home office at least once a quarter; however I am obligating myself to come in on a monthly bases which is above the minimum requirement.

After my brief conversation with Shalini in early Oct, and she stated it wasn't where I am located but the work that I accomplish that matters most, along with her email dated September 29, 2015, that told me that my family always must come first, my husband and I made the decision to move to Florida. Our decision was based on the above statements along with several other factors which include my current position as a GS 13, which has a lower level of responsibility as do a GS 14., the agencies program that supports 95-100% tele-work a and the fact that my request provides a greater opportunity to have a better balance of quality work and home life.


My plan to accomplish the FEMA mission, is by continual working as I currently do, based on my strong work ethic along with my continued support of the agencies mission and my team mates; along with my continued can do attitude towards any and all task that are given to me. My goal is to continue to work with my customers and ensure their needs are met via Lync voice, Lync tele-conferences, phone and emails communication.

Thank you again for your time and your expeditious attention to this matter

**Alicia Kirton**
**Funds Control Analyst**
**OCFO-Budget Planning & Analysis Division**
**Desk (202) 212-3783**
**BB (202) 230-7134**