UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALICIA KIRTON,

    *Plaintiff,*

v.

ALEJANDRO MAYORKAS, *in his official capacity as Secretary of Homeland Security*, et al.,

    *Defendants.*

Case No. 1:18-cv-1580-RCL

## ORDER

Before the Court is the defendants' motion [29] for summary judgment. For the reasons stated in the accompanying memorandum opinion, the motion is **GRANTED**.

Judgment is **ENTERED** for the defendants and against the plaintiff.

The Clerk of Court is **DIRECTED** to close this case on the active dockets of the Court.

**IT IS SO ORDERED.**

Date: 3/16/21

Royce C. Lamberth
United States District Judge